# DECISIONS IN CASES NOT REPORTED.

## FOURTH DEPARTMENT, APRIL TERM, 1891.

Jarvis Dinsmoor, Appellant, v. The Commercial Travelers' Association of the State of New York, Respondent. — Order reversed, with ten dollars costs and disbursements, payable by respondent. Opinion by Hardin, P. J.

Elizabeth Fletcher, as Administratrix, etc., Appellant, v. Oliver P. Hurd, as Executor, etc., Respondent. — Judgment affirmed, with costs. Opinion by Merwin, J.

William H. Everett, Appellant, v. Charles E. Jones and others, Respondents. — Motion for a new trial denied and judgment affirmed, with costs. Opinion by Merwin, J.

Ball Electric-Light Company, Appellant, v. Sanderson Brothers Steel Company, Respondent. — Judgment reversed and new trial ordered, costs to abide the event. Opinion by Merwin, J.

The Mutual Life Insurance Company of New York, Respondent, v. Matthias Suiter and others, Appellants. — Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Martin, J.

In the Matter of the Judicial Settlement of the Accounts of Robert Washbon and John Cope, as Surviving Testamentary Trustees under the Last Will and Testament of Andrew G. Washbon, Deceased.

Andrew Washbon and others, Beneficiaries, etc., Appellants, v. Robert Washbon and others, Respondents. — Decree of Surrogate's Court of Otsego county reversed, without costs of this appeal to either party, and proceedings remitted to that court. Opinion by Hardin, P. J.

Clara E. Schumaker, Respondent, v, Joshua Mather and Charles W. Mather, Appellants — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

John Dunn, Jr., and others, Appellants, v. Frank D. Arnold and others, Respondents. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Emma F. Roberts, Appellant, v. The Johnstown Bank, Albert E. Blunck and Will E. Leaning, Respondents, Impleaded with Timothy H. Roberts. — Judgment and order affirmed, with costs. Opinion by Martin, P. J.

Frederick A. Saville and others, Executors, Appellants, v. Delos Steer and others, Respondents. — Judgment affirmed, with costs. Opinion by Merwin, J.

William Williams, Respondent, v. Edward F. Wright, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to abide the event.

Wilson H. Gardenier, Appellant, v. Hiram Eldred, Respondent. — Order modified by striking therefrom all that portion declaring the appellant guilty of misconduct and awarding an attachment, and as modified affirmed, without costs of this appeal to either party.

Leonard Gardainer, Respondent, v. George H. Northrup, Appellant. — Order reversed, with ten dollars costs and disbursements.

George Benjamin, as Overseer, etc., Respondent, v. John Monroe, Appellant. — Order affirmed, with ten dollars costs and disbursements.

John Franey, Appellant, v. Herman T. Smith and others, Respondents. — Motion denied, without costs; order affirmed, without costs.

Michael McQuigan, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Following 29 Hun, 154; 18 Jones & Spencer, 412

Abba Richards, as Administratrix, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent. — Judgment affirmed, with costs.

Mary E. McGowan, Respondent, v. John Sullivan and others, Appellants. — Judgment and order affirmed, with costs.

John B. Stanchfield, Respondent, v. Benedict Harford, Appellant. — Order affirmed, with ten dollars costs and disbursements.

George F. Comstock, Appellant, v. The City, of Syracuse and others, Respondents. — Judgment modified by inserting a provision declaring that section 18 of the act of 1889, as amended by chapter 314 of the Laws of 1890, is invalid, and restraining the defendants from exercising any powers or functions by virtue of such sections; also modified by striking out the award of costs, and as so modified judgment affirmed, with costs of the appeal to the appellant. Opinion by Merwin, J.

## FIRST DEPARTMENT, APRIL TERM, 1891.

Charlotte M. Parker, Appellant, v. George W. Murray, as Executor, etc., Respondent. — Judgment modified by striking out costs, and, as modified, affirmed, without costs of this appeal. Opinion by Van Brunt, P. J.

Utley Hare, Respondent, v. Michael Mahoney, Appellant. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Edward L. Merrifield, Appellant, v. Ezekiel Y. Bell, as Assignee, etc., Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Enoch P. Hincks and others, Respondents, v. Aaron Field and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of the Department of Public Parks (In re Bolton). — Claims for services rendered and expenses incurred to be paid out of the fund stated in opinion. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. Alonzo T. Decker, Respondent, v. The Hoboken Turtle Club, Appellant. — Order affirmed, with costs. Opinion by Van Brunt, P. J.

Delaware, Lackawanna and Western Railroad Company, Respondent, v. Nathan Corwith, Jr., and others, Appellants. — Judgment reversed and new trial ordered, with costs to appellants to abide event. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. Michael Fleming, Appellant. — Judgment affirmed. Opinions by Van Brunt, P. J., and Daniels, J.

In the Matter of the Application for Letters, etc., on Goods, etc., of Katharine Sturtzkober, Deceased. — Order affirmed, with ten dollars costs